UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:18-cv-11513-RGS

WARREN ENVIRONMENTAL, INC.

v.

SOURCE ONE ENVIRONMENTAL, LTD,
successor in interest to FERNCO
ENVIRONMENTAL, LTD, FLEX-SEAL
COUPLINGS, LTD and FERNCO, INC.

ORDER ON JOINT MOTION TO STAY THE CASE
AND RESERVE DEFENSES
PENDING MEDIATION

November 29, 2018

STEARNS, D.J.

The parties' Joint Motion to Stay the Case and Reserve Defenses Pending the Outcome of Mediation is ALLOWED. This action is STAYED until February 27, 2019, to allow the parties to proceed with a mediation of the dispute. All defenses raised by the defendants in their pending Motion to Compel or, in the Alternative, to Dismiss (Dkt. No. 19), including those under Fed. R. Civ. P. 12(b)(2) and 12(b)(6), are reserved and retained.

SO Ordered.

/s/Richard G. Stearns
UNITED STATES DISTRICT JUDGE